■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES POWERS, Appellant. [683 NYS2d 431] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Lefkowitz, J.), rendered January 4, 1995, convicting him of driving while intoxicated as a felony, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's legal sufficiency claim is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Bynum,* 70 NY2d 858; *People v Tucker,* 196 AD2d 902). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power,

we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are without merit. Rosenblatt, J. P., Ritter, Copertino and Thompson, JJ., concur.